[No. 15911.  Department One.  December 13, 1920.]

*In the Matter of the Estate of* LAURA ORMSBY GOODRICH.[1]

Appeal from an order of the superior court for King county, Frater, J., entered December 15, 1919, approving the final report of an executor and the decree of distribution, after a hearing before the court.  Modified.

*James R. Chambers*, for appellant.
*Shank, Belt & Fairbrook*, for respondents.

PER CURIAM.—The sole question involved in this matter is the amount to be allowed the attorneys for the executor, under an ancillary administration of the estate of Laura Ormsby Goodrich.

An examination of the record satisfies us that an allowance of $500 is adequate and proper, and the order of the superior court will be modified to conform with this opinion.

---

[No. 15875.  Department Two.  January 4, 1921.]

*In the Matter of the Estate of* MARTIN WELLER.[2]

Appeal from a judgment of the superior court for Walla Walla county, Mills, J., entered February 2, 1920, allowing an exemption of ten thousand dollars to each of five children in computing an inheritance tax, after a hearing before the court.  Reversed.

*J. M. Thatcher* and *Geo. G. Hannan*, for appellants.

PER CURIAM.—This is an appeal by the state tax commissioner from a decree by the trial court, allowing a deduction of one thousand dollars as a family allowance and an exemption of ten thousand dollars to each of five children, in computing an inheritance tax.

The decision is controlled by our decision in the case of *In re Ferrel's Estate*, 112 Wash. 231, 192 Pac. 10, and must therefore be reversed and remanded with instructions to enter a decree in conformity therewith.  It is so ordered.

[1]Reported in 193 Pac. 633.
[2]Reported in 194 Pac. 541.